# Court of Appeals
# of the State of Georgia

ATLANTA,  October 15, 2024

*The Court of Appeals hereby passes the following order:*

**A25E0029. RHUNETTE WILLIFORD et al v. HOWARD E. MCCLAIN, Judge.**

Appellant filed a petition for writ of mandamus on October 13, 2024, requesting this Court issue a mandamus to Appellee requiring the Appellee to execute a written order so Appellant could exercise their appellate rights.  Subsequently, a hearing was held on October 14, 2024, in which a written order was entered.

As a result, the petition fails to establish that invocation of this Court's Rule 40 (c) jurisdiction is warranted under the facts of this case. See Court of Appeals Rule 40 (c). Therefore, Appellant's petition for writ of mandamus is hereby denied.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  10/15/2024*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.